UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARRETT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | No. 1:22-cv-00050-DAD-BAM<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSING THIS ACTION WITH PREJUDICE<br><br>(Doc. No. 10) |

On May 2, 2022, the parties filed a joint motion for voluntary dismissal of this action, with prejudice. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and good cause appearing, the court orders as follows:

    1. The parties' joint motion for voluntary dismissal of this action (Doc. No. 10) is granted;

    2. This action is dismissed with prejudice; and

    3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 3, 2022**　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1